# Exhibit 2

Charted claim:
Non-method claim: 1

| US10749620 | DAZN ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**<u>Col 25, 26: lines 62-67, 1:</u>**<br><br>*Station profile 800 may store previous <u>content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author,</u>* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., video content information such as content name, duration, date, start time, end time, etc.) that describes content (e.g., video content) that is broadcasted by an entity server (e.g., entity server such as DAZN On-Demand Video content broadcaster, DAZN LIVE TV broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. When a user device enabled with the accused instrumentality sends a request to play video content, the server of the accused instrumentality identifies whether the content belongs to the DAZN On-Demand Video content profile or the DAZN LIVE TV profile. Based on this, the corresponding broadcaster, such as the DAZN On-Demand Video content broadcaster or the DAZN LIVE TV broadcaster, broadcasts the video content to the user device, thereby enabling the user to access and play the video content. The video content includes content information such as content name, duration, date, start time, end time, etc. associated with it. |

| _date, start time, end time, duration, previous schedule, show, etc._ and/or any other information associated with content that has been broadcasted by broadcast station **150**. |  https://web.archive.org/web/20260308203934/https://www.dazn.com/en-US/welcome |



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



https://web.archive.org/web/20260308203934/https://www.dazn.com/en-US/welcome



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| one or more processors executing instructions to: receive, from the user device, a request for a | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to play the video) for a copy of the content (e.g., video content), the request (e.g., request to |

| | |
|---|---|
| copy of the content, the request including a first identifier associated with the content, information associated with the user device, and information associated with the entity server;<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive* | play the video) including a first identifier (e.g., program name, duration, etc.) associated with the content (e.g., video content), information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name such as DAZN On-Demand Video content, DAZN LIVE TV, etc.) associated with the entity server (e.g., entity server such as DAZN On-Demand Video content broadcaster, DAZN LIVE TV broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content by clicking the watch now button or selecting the video, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from as DAZN LIVE TV, DAZN On-Demand Video content, etc. The request includes information associated with the video content, such as the program name, duration, etc., information associated with the user device, such as the user name, email address, login credentials, and type of user subscription; and information associated with the entity server, such as the entity server name such as DAZN LIVE TV, DAZN On-Demand Video content, etc. |

*an identifier, a key, and/or authorization associated with the content (enable user device 110 to access and play the content)* and/or a copy of the content such that it is available to the user.

### Col 16: lines 37-48:

User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. *Such a user profile may include user information (e.g., a name*



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US

*of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*

**Col 25, 26: lines 62-67, 1:**

*Station profile 800 may store previous content information 803c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803c may include a content*



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US

| | |
|---|---|
| *name, artist, author, date, start time, end time, duration, previous schedule, show, etc.* and/or any other information associated with content that has been broadcasted by broadcast station **150**.<br><br>**Col 20: lines 30-36:**<br><br>*Station server **120** may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.)* and/or station server **120** (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server **160**. | <br><br>*Source: Usage of the accused instrumentality.* |



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

This notice outlines how DAZN Limited ("we", "us", or "our") – better known as DAZN – collect and use your personal information when you use our services – websites, applications, products, and/or content. It should be read and understood in in conjunction with our local Terms and Conditions and any other applicable notices specific to certain services offered by DAZN.

This Privacy Notice has been developed as a global notice in accordance with applicable data protection law in the countries where we operate. We provide additional information to account for varying legislative provisions in certain countries and will present these to you automatically depending on your global location.

We are registered with the UK Information Commissioner's Office (ICO):

- Registration number: ZA253941
- Registered office: DAZN Limited, Via Hammersmith Grove 12, London, W6 7AP, England

Exclusively with regard to the payment handling purpose described in this notice, Dazn Netherlands B.V. acts as the data controller of your personal data.

Click here for FanZone privacy notice.

**1. TYPES OF INFORMATION WE COLLECT**

We collect and use your personal information to provide, promote and improve our services, grouping the information we collect into different categories set out below.

**Account information**

Information associated with creating and managing your user account, including your name, email address, address, account ID, identification, age, gender, date of birth, telephone number, subscription type and account preferences.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice

**Aggregated information**

We also collect, store, use and share aggregated information such as statistical or demographic information. This could be derived from your personal information but is not itself considered personal information. Should this data be combined with any personal identifier, the provisions of this notice will apply.

We do not collect any **special categories** of personal information about you: this includes details about your race or ethnicity, religious or philosophical beliefs, sex life, sexual orientation, political opinions, trade union membership, information about your health, and genetic or biometric information.

**2. HOW WE COLLECT YOUR INFORMATION**

**Information you give us**

We collect and use your personal information that is provided to us when you register for, subscribe to or otherwise use our services. Examples of categories of such information you may give us include Account information, Customer Service information, Marketing information, Feedback and Survey information and Advertising information.

**Information we collect automatically**

We may automatically collect and use personal information about your device and your use of, and interactions with, our services. We do this through a variety of technical methods, including the collection of personal information and information via cookies and similar technologies. Please see our Cookie Notice.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/

| | |
|---|---|
| | articles/16394152093597-privacy-policy-and-cookie-notice |
| obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in the user profile;<br><br>**Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name* | The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality) by matching the information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, a type of user subscription, etc.) stored in the user profile (e.g., user account profile).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. A user can create an account on the accused instrumentality and select a type of subscription, such as DAZN or DAZN ultimate. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, subscription type, etc. with the information stored in the user profile to authorize access to the video content. |

| |
|---|
| *of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.* | <br><br>https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US |



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



https://web.archive.org/web/20260308203934/https://www.dazn.com/en-US/welcome



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



https://www.reddit.com/r/DAZN/comments/1rox9v2/
not_seeing_an_option_cancel_my_plan_anywhere/

This notice outlines how DAZN Limited ("we", "us", or "our") – better known as DAZN – collect and use your personal information when you use our services – websites, applications, products, and/or content. It should be read and understood in in conjunction with our local Terms and Conditions and any other applicable notices specific to certain services offered by DAZN.

This Privacy Notice has been developed as a global notice in accordance with applicable data protection law in the countries where we operate. We provide additional information to account for varying legislative provisions in certain countries and will present these to you automatically depending on your global location.

We are registered with the UK Information Commissioner's Office (ICO):

- Registration number: ZA253941
- Registered office: DAZN Limited, Via Hammersmith Grove 12, London, W6 7AP, England

Exclusively with regard to the payment handling purpose described in this notice, Dazn Netherlands B.V. acts as the data controller of your personal data.

Click here for FanZone privacy notice.

## 1. TYPES OF INFORMATION WE COLLECT

We collect and use your personal information to provide, promote and improve our services, grouping the information we collect into different categories set out below.

**Account information**

Information associated with creating and managing your user account, including your name, email address, address, account ID, identification, age, gender, date of birth, telephone number, subscription type and account preferences.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice

**Aggregated information**

We also collect, store, use and share aggregated information such as statistical or demographic information. This could be derived from your personal information but is not itself considered personal information. Should this data be combined with any personal identifier, the provisions of this notice will apply.

We do not collect any **special categories** of personal information about you: this includes details about your race or ethnicity, religious or philosophical beliefs, sex life, sexual orientation, political opinions, trade union membership, information about your health, and genetic or biometric information.

## 2. HOW WE COLLECT YOUR INFORMATION

**Information you give us**

We collect and use your personal information that is provided to us when you register for, subscribe to or otherwise use our services. Examples of categories of such information you may give us include Account information, Customer Service information, Marketing information, Feedback and Survey information and Advertising information.

**Information we collect automatically**

We may automatically collect and use personal information about your device and your use of, and interactions with, our services. We do this through a variety of technical methods, including the collection of personal information and information via cookies and similar technologies. Please see our Cookie Notice.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/

| | |
|---|---|
| | [articles/16394152093597-privacy-policy-and-cookie-notice](articles/16394152093597-privacy-policy-and-cookie-notice)<br><br>• To enable us to comply with any legal or regulatory requirements and otherwise comply with the direction of any relevant regulatory or competent authority.<br>• To prevent, detect, investigate and mitigate prohibited or illegal activities, including fraud and money laundering.<br>• To ensure information security of your personal information.<br>• To retain and <u>store your personal information</u> to comply with specific legal retention requirements, regulatory audits, and other record keeping purposes.<br><br>[https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice](https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice) |
| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second information stored in the entity profile;<br><br><u>**Col 20: lines 30-36:**</u><br><br>*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC* | The accused instrumentality discloses obtaining an entity profile (e.g., DAZN On-Demand Video content profile, DAZN LIVE TV profile, etc.), associated with the entity server (e.g., entity server such as DAZN On-Demand Video content broadcaster, DAZN LIVE TV broadcaster, etc.), by matching the information (e.g., entity server name such as DAZN On-Demand Video content, DAZN LIVE TV, etc.) associated with the entity server (e.g., entity server such as DAZN On-Demand Video content broadcaster, DAZN LIVE TV broadcaster, etc.) to second information (e.g.,  entity server name such as DAZN On-Demand Video content, DAZN LIVE TV, etc.) stored in the entity profile (e.g., DAZN On-Demand Video content profile, DAZN LIVE TV profile, etc.).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server receives information about the entity server associated with the requested content such as entity server name such as DAZN On-Demand Video content, DAZN LIVE TV, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the DAZN On-Demand Video content profile or the DAZN LIVE TV profile. |

| | |
|---|---|
| *address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.* | <br><br>https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US |



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| | |
|---|---|
| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc.* and/or any other information associated with content that has been broadcasted | The accused instrumentality discloses identifying the content (e.g., video content), in the entity profile (e.g., DAZN On-Demand Video content profile, DAZN LIVE TV profile, etc.), by matching the first identifier (e.g., program name, duration, etc.) to a second identifier (e.g., program name, duration, etc. that is stored on DAZN On-Demand Video content, DAZN LIVE TV, etc. ), associated with the content (e.g., video content) stored in the entity profile (e.g., DAZN On-Demand Video content profile, DAZN LIVE TV profile, etc.).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server obtains the relevant entity profile, such as the DAZN On-Demand Video content profile or the DAZN LIVE TV profile based on whether the content is live or on-demand content. It then identifies the video content on the entity platform by matching the content name, duration, etc. with the content information already stored on entity platform such as DAZN On-Demand Video content, DAZN LIVE TV, etc. |

| | |
|---|---|
| *by broadcast station 150.* | <br>*Source: Usage of the accused instrumentality.* |



*Source: Usage of the accused instrumentality.*



a request for copy of the content

*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| | |
|---|---|
| | <br><br>*Source: Usage of the accused instrumentality.* |
| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., video content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., video content) based on the identifying the content (e.g., video content) in the entity profile (e.g., DAZN On-Demand Video content profile, DAZN LIVE TV profile, etc.).<br><br>As shown below, the accused instrumentality is a streaming platform that provides live |

and on-demand sports streaming services to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server obtains the relevant entity profile, such as the DAZN On-Demand Video content profile or the DAZN LIVE TV profile based on whether the content is live or on-demand content. It then identifies and obtains the video content by matching the content name, duration, etc. with the content information already stored on entity platform such as DAZN On-Demand Video content, DAZN LIVE TV, etc.



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

| | |
|---|---|
| send, to the user profile, a notification indicating that the user device is authorized to access to | The accused instrumentality discloses sending to the user profile (e.g., user account profile), a notification (e.g., access to play the video content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on type of subscription, etc.) to access to the content (e.g., video |

| | |
|---|---|
| the content. | content). |
| **Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access and play the content)</u> and/or a copy of the* | As shown below, the accused instrumentality is a streaming platform that provides live and on-demand sports streaming services to users. A user can create an account on the accused instrumentality and select a type of subscription, such as DAZN or DAZN Ultimate. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains an entity profile such as DAZN LIVE TV, DAZN On-Demand Video content, etc. based on type of content such as live or on-demand content and also obtains a user profile associated with the user device that includes user name, login credentials, type of subscription, etc. Based on obtained entity profile and user profile, it will identify the content and provide authorization to the user to access/play the content. |

content such that it is available to the user.

**Col 27: lines 45-52:**

In one non-limiting example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration of the key may preclude user device 110 from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or notification (that indicates that access has been granted to the content) to be removed from the user profile.



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.dazn&hl=en_US&gl=US



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



https://web.archive.org/web/20260308203934/https://www.dazn.com/en-US/welcome



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



https://www.reddit.com/r/DAZN/comments/1rox9v2/
not_seeing_an_option_cancel_my_plan_anywhere/



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*



*Source: Usage of the accused instrumentality.*

This notice outlines how DAZN Limited ("we", "us", or "our") – better known as DAZN – collect and use your personal information when you use our services – websites, applications, products, and/or content. It should be read and understood in in conjunction with our local Terms and Conditions and any other applicable notices specific to certain services offered by DAZN.

This Privacy Notice has been developed as a global notice in accordance with applicable data protection law in the countries where we operate. We provide additional information to account for varying legislative provisions in certain countries and will present these to you automatically depending on your global location.

We are registered with the UK Information Commissioner's Office (ICO):

- Registration number: ZA253941
- Registered office: DAZN Limited, Via Hammersmith Grove 12, London, W6 7AP, England

Exclusively with regard to the payment handling purpose described in this notice, Dazn Netherlands B.V. acts as the data controller of your personal data.

Click here for FanZone privacy notice.

## 1. TYPES OF INFORMATION WE COLLECT

We collect and use your personal information to provide, promote and improve our services, grouping the information we collect into different categories set out below.

**Account information**

Information associated with creating and managing your user account, including your name, email address, address, account ID, identification, age, gender, date of birth, telephone number, subscription type and account preferences.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice

**Aggregated information**

We also collect, store, use and share aggregated information such as statistical or demographic information. This could be derived from your personal information but is not itself considered personal information. Should this data be combined with any personal identifier, the provisions of this notice will apply.

We do not collect any **special categories** of personal information about you: this includes details about your race or ethnicity, religious or philosophical beliefs, sex life, sexual orientation, political opinions, trade union membership, information about your health, and genetic or biometric information.

## 2. HOW WE COLLECT YOUR INFORMATION

**Information you give us**

We collect and use your personal information that is provided to us when you register for, subscribe to or otherwise use our services. Examples of categories of such information you may give us include Account information, Customer Service information, Marketing information, Feedback and Survey information and Advertising information.

**Information we collect automatically**

We may automatically collect and use personal information about your device and your use of, and interactions with, our services. We do this through a variety of technical methods, including the collection of personal information and information via cookies and similar technologies. Please see our Cookie Notice.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/

articles/16394152093597-privacy-policy-and-cookie-notice

- To enable us to comply with any legal or regulatory requirements and otherwise comply with the direction of any relevant regulatory or competent authority.
- To prevent, detect, investigate and mitigate prohibited or illegal activities, including fraud and money laundering.
- To ensure information security of your personal information.
- To retain and store your personal information to comply with specific legal retention requirements, regulatory audits, and other record keeping purposes.

https://web.archive.org/web/20260320163439/https://www.dazn.com/en-US/help/articles/16394152093597-privacy-policy-and-cookie-notice